ACCEPTED
12-14-00309-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/10/2015 3:53:27 PM
CATHY LUSK
CLERK

12-14-00309-CR

| | | |
|---|---|---|
| **JOLLY NEELY** | § | **IN THE COURT OF APPEALS** |
| **vs.** | § | **12th JUDICIAL DISTRICT** |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/10/2015 3:53:27 PM
CATHY S. LUSK
Clerk

## MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes James Huggler, Counsel for the Appellant, in the above styled and numbered causes, and would show the Court as follows:

### I. Factual and Procedural Background

Counsel was appointed to serve as appellate counsel in these matters on October 27, 2014. The Brief of the Appellant is due on April 10, 2015.

### II. Grounds for Withdrawal

Counsel has reviewed the Clerk's Record and the Court Reporter's Record in these cases. Following a professional evaluation of the record, it is Counsel's opinion that there is no valid issue to present to this Court, and that the record contains no reversible error or jurisdictional defects. Counsel has filed an Appellant's Brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Finding no valid issue to present to the Court, Counsel seeks to withdraw.

Counsel has sent Appellant explaining his rights, and the ability to pursue his own appeal, and a motion to obtain the record if he desires to do so in this matter, and attaches a copy of that letter as Exhibit A to this Motion.

Page 1 of 4

## III. Prayer for Relief

Counsel requests that he be allowed to withdraw, and for other such relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
    James Huggler
    State Bar No. 00795437
    Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been delivered to Michael West, Counsel for the State, and the Appellant, Jolly Neely, at the addresses listed below on this the 10th day of April, 2015 by hand delivery or regular mail or the State of Texas electronic filing system. Counsel also certified that he has provided Jolly Neely, a motion to obtain the record if he so chooses.

/S/ James W. Huggler, Jr.
James Huggler

Michael West
Smith County District Attorney's Office
100 North Broadway, 4th Floor
Tyler, Texas 75702

Jolly Neely
TDCJ #01967101
Byrd Unit
21 FM 247
Huntsville, Texas 77320

# Exhibit A


# Letter to Jolly Neely

.

# JAMES W. HUGGLER, JR.
## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

April 10, 2015

Jolly Neely
TDCJ #01967101
Byrd Unit
21 FM 247
Huntsville, Texas 77320

RE:    Jolly Neely v. State
         Appeal Number: 12-14-00309-CR
         Trial Number: 007-0479-14

Dear Mr. Neely,

I am sending you a copy of the Appellant's Brief and a Motion to Withdraw that I have filed with the Twelfth Court of Appeals in this matter. I have thoroughly reviewed the record, and have found no reversible error or jurisdictional defect in these cases. However, you may choose to file a Brief of your own in these matters. I am also sending you a motion to obtain access to the record for your use. If you desire to file your own brief in the case, please sign the motion to allow access to the record, and return it to me immediately and I will make the necessary copies and file the document for you. If you have any questions, please feel free to contact me.

Sincerely,

James Huggler

Enclosures:    Appellant's Brief
              Motion to Withdraw
              Appellant's Motion to Obtain Record

C:\data\Corel User Files\Clients\APPEALS\Neely, Jolly Dee\Client.Brief.wpd

First Place Building • 100 East Ferguson, Suite 805 • Tyler, Texas 75702
903-593-2400 • www.jameshugglerlaw.com • Fax 903-593-3830